UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/8/2026_
```

| | |
|---|---|
| EX PARTE APPLICATION OF JEAN PAUL PELLETIER DIAZ | **ORDER**<br><br>25-MC-601 (JHR) (HJR) |

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated January 6, 2026, this case was referred to the undersigned for general pretrial and to address the Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 at ECF No. 1 (the "Application").

A conference is scheduled on **January 15, 2026** at **10:30 a.m.** by telephone to discuss the Application. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 169 240 439#). Counsel should be prepared to discuss the merits of the Application at the conference.

**SO ORDERED.**

Dated: January 8, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge