UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2026

*EX PARTE* APPLICATION OF JEAN PAUL
PELLETIER DIAZ

**ORDER**

25-MC-601 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On January 15, 2026, the undersigned held a conference to discuss the *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782, ECF No. 1.  For the reasons articulated in the transcript, Petitioner is directed to make a supplemental submission addressing the issues discussed at the conference by **February 5, 2026**.

**SO ORDERED.**

Dated: January 15, 2026
          New York, New York

Henry J. Ricardo
United States Magistrate Judge