UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF JEAN PAUL PELLETIER DIAZ | 25 Misc. 601 (JHR) (HJR)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

JENNIFER H. REARDEN, District Judge:

On December 30, 2025, Jean Paul Pelletier Diaz (the "Applicant") initiated this *ex parte* miscellaneous case "for an order pursuant to 28 U.S.C. § 1782 and Federal Rule of Civil Procedure 45 allowing [the Applicant] through his U.S. counsel to issue and serve non-party subpoenas in this District to J.P. Morgan Private Bank and Morgan Stanley Private Wealth Management." ECF No. 1. Before the Court is the Report and Recommendation of Magistrate Judge Henry J. Ricardo recommending that the application be granted. ECF No. 13. The Court has examined the Report and Recommendation and notes that no objections have been filed. For the reasons set forth below, the Court finds no clear error and adopts Judge Ricardo's recommendation in its entirety.

## BACKGROUND[1]

On January 6, 2026, this case was referred to Judge Ricardo for general pretrial management and for the specific non-dispositive motion at ECF No. 1. ECF No. 22.

Judge Ricardo held a conference on January 15, 2026 and ordered the Applicant to "make a supplemental submission addressing [ ] issues discussed at the conference by February 5, 2026." ECF No. 10. The Applicant made his submission on January 26, 2026. ECF Nos. 11-12.

---

[1] Familiarity with the facts, which are set forth in detail in the Report and Recommendation, is assumed. *See* ECF No. 13.

1

On March 23, 2026, Judge Ricardo issued his Report and Recommendation recommending that the Applicant's application be granted.  ECF No. 13.  The Report and Recommendation notified the parties that they had "fourteen (14) days . . . to file written objections."  *Id*. at 9.  The Report and Recommendation also cautioned that "**FAILURE TO OBJECT WITHIN FOURTEEN (14) DAYS W[OULD] RESULT IN A WAIVER OF OBJECTIONS AND W[OULD] PRECLUDE APPELLATE REVIEW.**"  *Id*.  No objections were filed, and no extension of time was requested.

## DISCUSSION

In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1)(C).  A district court "must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to."  Fed. R. Civ. P. 72(b)(3); *see also Oparaji v. Home Retention Corp.*, No. 24-1444, 2025 WL 1901297, at *2 (2d Cir. July 10, 2025) (summary order).  With respect to those portions of the report as to which no timely objection has been made, however, a district court need only satisfy itself that no clear error on the face of the record exists.  *See, e.g.*, *In re Martinez*, No. 24 Misc. 306 (RA) (SN), 2025 WL 2505471, at *2 (S.D.N.Y. Sept. 2, 2025).  A report and recommendation "is clearly erroneous if the reviewing court is 'left with the definite and firm conviction that a mistake has been committed.'"  *Nazon v. Time Equities, Inc.*, No. 21 Civ. 8680 (AT) (SLC), 2023 WL 1516905, at *1 (S.D.N.Y. Feb. 3, 2023) (quoting *Easley v. Cromartie*, 532 U.S. 234, 242 (2001)), *appeal withdrawn*, No. 23-259, 2023 WL 5570818 (2d Cir. July 12, 2023).

Although no objections have been filed, the Court has carefully reviewed the Report and Recommendation and, unguided by objections, finds no clear error.  The Report and

Recommendation is "well-reasoned and grounded in fact and law." *See, e.g.*, *Fredricks v. Desrochas*, No. 21 Civ. 8389 (JGLC) (SLC), 2025 WL 1018870, at *1 (S.D.N.Y. Apr. 4, 2025)

Accordingly, the Report and Recommendation is adopted in its entirety. The application for an order pursuant to 28 U.S.C. § 1782 to obtain discovery for use in a foreign proceeding is GRANTED. Discovery is authorized consistent with Judge Ricardo's Report and Recommendation. *See In Re: Ex Parte Application of Evgeny Volosov for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782.*, No. 25 Misc. 186 (JGK), 2026 WL 789524, at *1 (S.D.N.Y. Feb. 10, 2026).

The Clerk of Court is directed to terminate ECF No. 1.

SO ORDERED.

Dated: May 7, 2026
New York, New York

JENNIFER H. REARDEN
United States District Judge

3